United States District Court
For The District of Columbia

Donnell Hurt,
    Plaintiff

v.

    Civil No# 07-cv-1167 (RBW)

D.C. Court Services And
Offenders Supervision Agency,
Keith Cromer, Community
Supervision Officer;
Marie Asike, Supervisory
Community Supervision Officer, et. al,
    Defendants

## Motion to Change Address

Comes Now plaintiff pro se Donnell Hurt files this motion to inform this Honorable Court that there has been a change of address from his previous address of: 1901 E Street, SE Washington DC 20003; To his current mailing address at: **4415** Jay Street NE Washington DC 20019.

On July 18, 2007, Plaintiff was released from his previous address but, he was unable to inform this Honorable Court since he was not sure of his place of residence and getting authorization

to use his current address which is the address of his sister Marlene Hurt. Therefore, plaintiff respectfully request that any future legal correspondence, filings, and mail should be sent to his current address.

This 24th Day of August, 2007.

Respectfully Submitted,

Donnell Hurt
PRO SE Plaintiff
4415 Jay St., NE
Washington DC
20019

2.