United States District Court
For The District of Columbia

Donnell Hurt,
      Plaintiff,
v.

District of Columbia
Court Services and Offenders
Supervision Agency;
Mr. Keith Cromer, Community
Supervision Officer;
Ms. Marie Asike, Supervisory
Community Supervision Officer;
Et. Al.,
      Defendants.

Civil Action No: 07-CV-01167
(R.B.W. Judge)

## Motion For Appointment of Counsel From the Pro Bono Panel of the Court

Comes Now Pro Se Plaintiff Donnell Hurt in Pursuant to the Federal Rules of Civil Prosedures Respectfully Requests this Court to Appoint Cousel to Represent Plaintiff in this Civil Matter For the Following Reasons:

1. Plaintiff is indigent and therefore He was Allowed by this Court to Procede Without Prepayment

of cost concerning the filing fees.

2. Plaintiff has limited knowledge of Civil Procedures and thus has not received any response to his complaint from any of the Defendants. Also the U.S. Marshalls have not served all defendants copies of Plaintiff's Complaint which continues to delay the Process of Justice.

3. Plaintiff believes that because he is indigent and proceeding Pro Se in this Civil Suit; that he possesses limited knowledge of the Law, that his case is deliberately being stalled or not prosecuted. Therefore, Plaintiff believes in the best interest of Justice that an Appointment of Counsel from the Pro Bono panel of this Court is necessary.

In Addition, The issues raised by Plaintiff in his Complaint are sensitive and that he hopes this Honorable Court would look

into this Civil matter with MERCY.

WhereFore Plaintiff prays that this Honorable Court will grant this Motion and Appoint Counsel From the Pro Bono Panel of this Court to Assist and/or Represent Him in His Civil Matter.

Respectfully Submitted,
Donnell Hurt
4415 Jay St NE
Washington DC
20019

Certificate of Service

I Donnell Hurt declare that A Copy of this motion was Mailed postage prepaid to:

The Office of the District Attorney For the District of Columbia
441 4th St NW  6th Floor South
Washington DC 20001

This 29th Day of November 2007.

Respectfully Submitted,
Donnell Hurt
11-29-07