# United States District Court
# For The District of Columbia

Donnell Hurt,
  Plaintiff,

v.

District of Columbia Court Services and Offender Supervision Agency et al.,

  Defendants.

Civil Action # 07-1167 (RBW)

RECEIVED
MAY - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion For Summary Judgement

Comes now pro se plaintiff Donnell Hurt, in pursuant to the Federal Rules of Civil Procedure Rule 56(A) and Rule 7(A), respectfully requests that this Honorable Court grant this motion for the following reasons:

1. The Defendants were served copies of the summons and complaint on July 17, 2007 and this Honorable Court ordered that an answer was due by August 6, 2007. See Docket sheet. No response was given.

2. On March 6, 2008, a copy of plaintiff complaint was finally served to the last defendant Mr. Keith Cromer who was ordered to respond by March 26, 2008. Yet, he has not responded as of this writting.

3. The Defendants have failed to controvert the averment of plaintiff complaint and thus they

2.

are in violation of Rule 7(A) thereby they have conceded that there is no genuine issue of material fact in dispute. Therefore Summary Judgement is appropiate pursuant to Rule 56(A).

Wherefore plaintiff prays that this Honorable Court will grant him the relief he deserves.

## Certificate of Service

I Donnell Hurt declares that a copy of this Motion For Summary Judgement was mailed, postage prepaid, to: Court Services and Offenders Supervision Agency of the District of Columbia, 301 Indiana Ave., N.W. on This 1st Day of May, 2008

Also I Donnell Hurt declares that a copy of this Motion For Summary Judgement was mailed, postage prepaid to each Defendants Marie Asike and Keith Cromer at 3850 South Capital St. S.E. on this 1st Day of May, 2008. Washington DC 20032.

This 1st Day of May, 2008

Respectfully Submitted,
Donnell Hurt
Donnell Hurt
4415 ~~Jay St~~ N.E.
Washington DC
20019