UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONNELL HURT,                          :
     Plaintiff                 :
                                  CA 07-1167 (RBW)

     v.                        :

D.C. COURT SERVICES AND                :
 OFFENDER SUPERVISION AGENCY, et al. :
     Defendants                :

OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This motion respectfully is filed in opposition to plaintiff's motion for summary

judgment.  Plaintiff alleges, *inter alia*, that he is entitled to summary judgment because the

defendants have not responded to his complaint.  The named defendants are the D.C. Court

Services and Offender Supervision Agency (CSOSA) and two of its employees in both their

official and individual capacities.  Complaint at p. 5.

CSOSA  is a federal agency and its employees are federal employees.  *See*  28 C.F.R. §

800.1 et seq.

Federal Rule of Civil Procedure (F.R.Civ.P.) 4(i) provides that to effect service on  the

United States, its agencies and employees,  plaintiff must  "deliver a  copy of the summons and

complaint to the United States Attorney for the District in which the action is brought. . . ."

F.R.Civ.P.  12 (a)(3) provides that an agency of the United States shall serve an answer to a

complaint "within 60 days after the United States attorney is served."   An officer or employee

sued in an individual capacity for acts or omissions occurring in connection with the performance

of his/her duties shall serve an answer  "within 60 days after service on the officer or employee,

or service on the United States Attorney, whichever is later."

The docket in this case clearly reflects that no summons has been issued to the United States Attorney's Office, nor has a return of service affidavit for the United States Attorney's Office  been filed.  Thus, the time for filing an answer in this matter has  not even commenced.[1]

Therefore, plaintiff's motion should be denied.

Respectfully submitted,

_____/s/ Jeffrey A. Taylor_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____/s/ Rudolph Contreras_____
RUDOLPH  CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____/s/ Rhonda C. Fields_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

---

[1]  By opposing plaintiff's motion for summary judgment, the defendants do not waive, and specifically preserve, all defenses in F.R.Civ.P. 12(b) including but not limited to official immunity.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2008, a copy of the foregoing Opposition to Summary Judgment Motion was mailed, postage prepaid to plaintiff pro se

DONNELL HURT
4415 Jay Street, NE
Washington, DC 20019

.


_____
Rhonda C. Fields
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONNELL HURT,                          :
      Plaintiff                         :
                                   CA 07-1167 (RBW)
      v.                                :

D.C. COURT SERVICES AND                :
 OFFENDER SUPERVISION AGENCY, et al. :
      Defendants                        :

ORDER

      Upon consideration of plaintiff's motion for summary judgment, and the defendant's

opposition thereto, it is hereby

      ORDERED that the motion is DENIED.

Date:                   _____

                       UNITED STATES DISTRICT COURT JUDGE