UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNELL HURT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1167 (RBW) |
| | ) |
| DISTRICT OF COLUMBIA COURT | ) |
| SERVICES AND OFFENDER | ) |
| SUPERVISION AGENCY *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Plaintiff moves for summary judgment based on defendants' failure to answer or otherwise respond to the complaint. The federal defendants counter that a response is not due because the United States has not been properly served with process. Although the docket reflects service upon the named agency and its two employees, defendants rightly assert that there is no indication that the United States Attorney for the District of Columbia has received a summons and a copy of the complaint pursuant to Rule 4(i)(1) of the Federal Rules of Civil Procedure. The time for a response to the complaint therefore has not matured. *See* Fed. R. Civ. P. 12(a)(3) (requiring federal defendants to respond to a complaint "within 60 days after service on the officer or employee or service on the United States attorney, *whichever is later*") (emphasis added).

Plaintiff, who is proceeding *in forma pauperis,* is relying on the court officers to effect proper service. Accordingly, it is

**ORDERED** *sua sponte* that the time for effecting service of process upon the United States is **ENLARGED**; it is

**FURTHER ORDERED** that the Clerk shall prepare and issue a summons for the United States and provide it and a copy of the complaint to the United States Marshals Service to effect proper service upon the United States by delivery of same to the United States Attorney for the District of Columbia.  The Clerk is further directed to send a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States; and it is

**FURTHER ORDERED** that plaintiff's motion for summary judgment [Dkt. No. 13] is **DENIED**.

_____s/_____
Reggie B. Walton
United States District Judge

Date: June 2, 2008