# United States District Court
# For The District of Columbia

Donnell Hurt,
    Plaintiff,

v.

D.C. Court Services and
Offender Supervision Agency et al.,
    Defendants.

Civil Action # 07-1167
(RBW)

RECEIVED
JUN - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion For Reconsideration of The Court's Order on June 2, 2008

Comes now pro se plaintiff Donnell Hurt respectfully requests this Honorable Court to reconsider its decision to deny plaintiff motion for summary judgment on June 2, 2008. Plaintiff makes this request for the following reasons:

Plaintiff began the filing of his civil action under 42 U.S.C. Section 1983 in May 2007 when he was held in confinement at 1901 E. St. S.E. Washington DC. On June 27, 2007, this Honorable Court allowed plaintiff to proceed without prepayment of the cost of the filing fees since plaintiff is indigent. Because of plaintiff's status as being indigent and incarcerated, at the time of his filing, the U.S. Marshals Service was responsible for delivering copies of the summons and complaint to all named defendants in the complaint. And according to the docket sheet, every defendant did receive copies of the summons and

2.

complaint. (SEE docket sheet)

Plaintiff Filed, in this Honorable Court, a Motion For Summary Judgment dated May 1, 2008 And Another Motion in Support of his Motion For Summary Judgment dated May 26, 2008, of which this Honorable Court received on May 29, 2008. However, the second motion was not filed, according to the docket sheet. Plaintiff had visited the Clerk's Office of this Honorable Court on June 3, 2008 And discovered from the docket sheet that his Motion in Support of his motion for Summary judgment had not been filed; And consequently, this Honorable Court made a decision on June 2, 2008 in which it denied plaintiff's Motion For Summary judgment and never saw the second motion dated May 26, 2008.

Plaintiff contends that his Motion in Support of Motion For Summary judgment dated May 26, 2008, had arrived at this Honorable Court on time (May 29, 2008) but it never got to this Honorable Judge do to an error at the Clerk's Office of this Honorable Court. Thus an adverse decision was made without The Honorable Court ever considering the motion.

## ARGUMENT

Plaintiff contends that The Court Services And Offender Supervision Agency (hereafter "Agency") For the District of Columbia was established under the National Capital Revitalization And Self-Government Improvement

3.

Act of 1997. Pub. L. 105-33, 111 Stat. 251, 712 (D.C. Code 24-1232, 24-1233). Plaintiff contends that the Revitalization Act created the Agency as an Independent Executive branch Agency which receives its power and Authority from D.C. Code title 24- section 133. (See D.C. Code 24-133, 2001 Ed.)

Under the Revitalization Act, the Agency is required to provide supervision of all DC Code Felons or Offenders who are released on parole or supervised release or who are on probation for violation of D.C. Code offenses. See section 800-3 Functions and Responsibilities at: www.csosa.gov. Therefore plaintiff contends that the D.C. Government is responsible for defending its Agencies, including CSOSA, against civil litigation and not the U.S. Government.

Plaintiff filed this civil action, while he was incarcerated, against the employees of the Agency for violating his civil rights encoded under the U.S. Constitution and under the Privacy Act of 1974.

CERTIFICATE OF SERVICE

Plaintiff hereby certify that copies of this motion was mailed postage prepaid to:
Court Services and Offender Supervision Agency of D.C.
300 Indiana Ave NW Washington DC 20001
Keith Cromer and Marie Asike at:
3850 South Capital St S.E. Washington DC 20032
This 5th Day of June 2008

Respectfully Submitted,
Donnell Huet
4415 Jay St NE
Washington DC 20019