UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNELL HURT, )<br>   )<br>   Plaintiff, )<br>   )<br>   v. )   Civil Action No. 07-1167 (RBW)<br>   )<br>DISTRICT OF COLUMBIA COURT )<br>SERVICES AND OFFENDER )<br>SUPERVISION AGENCY, *et al.*, )<br>   )<br>   Defendants. )<br>   ) | |

**ORDER**

Plaintiff moves for reconsideration of the part of the Order of June 2, 2008, denying his motion for summary judgment. Plaintiff appears to fault the Court for ruling on his motion filed on May 5, 2008, without considering his supporting memorandum of points and authorities dated May 26, 2008, and filed on June 10, 2008. "Each motion *shall include or be accompanied by* a statement of the specific points of law and authority that support the motion, including where appropriate a concise statement of facts." LCvR 7(a) (emphasis added). Plaintiff's summary judgment motion did not comply with the foregoing rule and, thus, was properly denied. Having now considered plaintiff's late-filed memorandum, the Court finds no basis for vacating the previous order. *See Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (motions to reconsider may be granted upon a showing of "an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice."). Accordingly, it is

**ORDERED** that plaintiff's motion for reconsideration [Dkt. No. 16] is **DENIED**.

_____s/_____
Reggie B. Walton
United States District Judge

Date: July 17, 2008