UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DONNELL HURT** <br> D.C.D.C.. #191-788 <br> CTF <br> 1901 E. St. SE <br> Washington, DC 20003 <br><br> Plaintiff, <br><br> v. <br><br> **DISTRICT OF COLUMBIA COURT SERVICES AND OFFENDER SUPERVISION AGENCY**; <br><br> **KEITH CROMER**, <br> COMMUNITY SUPERVISION OFFICER; <br><br> **MS. MARIE ASIKE**, <br> SUPERVISION COMMUNITY SUPERVISION OFFICER; ET AL., <br><br> Defendants. | Civil Action No.: 07-1167 (RBW) |

## NOTICE OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Kenneth Adebonojo** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **25th** day of **July** 2008, a true and correct copy of the foregoing **Notice of Appearance** was served upon plaintiff by first class United States mail, postage prepaid marked for delivery to:

**DONNELL HURT**
**4415 JAY STREET, N.E.**
**WASHINGTON, D.C. 20019**

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov