UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Donnell Hurt,

        Plaintiff,

    v.

D.C. Court Services and
Offender Supervision Agency
et. al.,

        Defendants.

)
)
)
)  Civil Action No: 07-1167
)        (R.B.W.)
)
)  **RECEIVED**
)
)  AUG 15 2008
)
)  NANCY MAYER WHITTINGTON, CLERK
)        U.S. DISTRICT COURT

## Motion to Dismiss

Plaintiff pro se, Donnell Hurt in pursuant
to Rule 41 of the Federal Rule of Civil
procedures Respectfully requests that this
Honorable Court grant this Motion to dismiss
the D.C. Court Services and Offender Supervision
Agency (CSOSA) as a defendant from this
Civil Action for the Following reason:

Plaintiff no longer wants to pursue
Civil litigation against CSOSA.

## Certificate of Service

I, Donnell Hurt, hereby certify that
copies of this Motion was served upon
Kenneth Adebonojo, Assistant U.S. Attorney
For Defendant D.C. Court Services and
Offender Supervision Agency. And Rhonda
C. Fields, Assistant U.S. Attorney For the
Defendants Keith Cromer And Marie Asike

2.

At United States Attorney Office
555 4th St., N.W.
Washington DC 20530

This 15th Day of August, 2008

Respectfully Submitted
Donnell Hurt
4415 Jay St NE
Washington DC
20019